Vicki J. Markovitz, SAUSA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE NO. 08-698-M |
| MICHAEL HOUSTON | : | |

***ORDER***

AND NOW, this 29th day of May, 2008, it is hereby

ORDERED

that the Warden of the Curran-Fromhold Correctional Facility ("CFCF") and the U.S. Marshal for the Eastern District of Pennsylvania produce the body of MICHAEL HOUSTON (Inmate No. 0722514, PID: 0707871, SID: 173-95-19-0) on Thursday, June 12, 2008, for the purpose of an initial appearance before an United States Magistrate Judge in the United States Magistrate Court, and that immediately upon the termination of the proceedings, the body of MICHAEL HOUSTON (Inmate No. 0722514, PID: 0707871, SID: 173-95-19-0) will be placed at the Federal Detention Center in Philadelphia, PA.

BY THE COURT:

Lynne A. Sitarski

HONORABLE LYNNE A. SITARSKI
United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA :

v. : MAGISTRATE NO. 08-698-M

MICHAEL HOUSTON :

***PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM***

AND NOW COMES the United States of America, by its attorneys, and avers as follows:

1. MICHAEL HOUSTON (Inmate No. 0722514, PID: 0707871, SID: 173-95-19-0) is a prisoner presently incarcerated at Curran-Fromhold Correctional Facility ("CFCF") .

2. On May 23, 2008, a Complaint and Warrant was issued in the Eastern District of Pennsylvania charging MICHAEL HOUSTON with violations of 21 U.S.C. § 841(a).

3. MICHAEL HOUSTON (Inmate No. 0722514, PID: 0707871, SID: 173-95-19-0), must be produced to appear before a U.S. Magistrate Judge in the Eastern District of Pennsylvania on Thursday, June 12, 2008 for the purposes of initial appearance in the above-captioned matter.

WHEREFORE, your petitioner requests that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum directed to the Warden of the Curran-Fromhold Correctional Facility ("CFCF") requiring him to produce the above-named prisoner to a representative of the U.S. Marshal's Service for the Eastern District of Pennsylvania upon presentation of this writ for the purposes of an initial appearance and that immediately upon the termination of the proceedings, the prisoner will be placed at the Federal Detention Center in Philadelphia, PA.

Respectfully yours,

PATRICK L. MEEHAN
United States Attorney

VICKI J. MARKOVITZ
Special Assistant United States Attorney